

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-15-00387-CR
04-15-00388-CR

Benjamin **ERICKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR3805 & 2015CR3807
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED July 15, 2015.

_____
Marialyn Barnard, Justice